**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

PNC BANK, NATIONAL
ASSOCIATION,

    Plaintiff,

v.                                                      Case No:  5:15-cv-162-Oc-30PRL

JOSHUA W. SCROGGIE, as Trustee
Under Land Trust Agreement dated
May 12, 2005, MICHAEL T. OWEN,
an individual, and J. STEVE
RUDNIANYN, an individual,

    Defendants.
_____/

## ORDER APPOINTING MASTER TO CONDUCT FORECLOSURE SALE

THIS CAUSE came before the Court upon the Motion for Entry of Final Judgment of Foreclosure and for Appointment of a Master to Conduct Foreclosure Sale (the "Motion") filed by Plaintiff, PNC Bank, National Association ("PNC Bank") (Doc. 18), which the Court granted. (Doc. 19). The Court, having reviewed the record, including the Consent to Entry of Judgment of Foreclosure and Waiver of Defenses (Doc No. 17), and being otherwise fully advised in the premises, appoints Philip J. von Kahle as a Master (the "Special Master") pursuant to Federal Rules of Civil Procedure 53 to conduct the foreclosure sale of the property in accordance with the procedures sent forth in the Final

Judgment of Foreclosure entered in this case. (Doc. 20). Plaintiff shall pay the Special Master a flat fee of $2,500.00 for his services.

**DONE** and **ORDERED** in Tampa, Florida, this 23rd day of February, 2016.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record